# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
#### Urbana Division

**AREIAL GOODEN,**

    **Plaintiff,**

v.

**CATERPILLAR INC,**

    **Defendant.**

Case No. 24-2285

## REPORT AND RECOMMENDATION

On December 10, 2024, Plaintiff filed a Complaint (#1) against Defendant. The Court adopted the parties' proposed discovery schedule on March 5, 2025. On May 28, 2025, Plaintiff's counsel filed a Motion to Withdraw. The Motion stated that "Counsel has attempted to contact Plaintiff regarding discovery, however Plaintiff has not engaged and has been unresponsive." Counsel sought to withdraw based on irreconcilable differences.

The Court granted the Motion to Withdraw on June 2, 2025, and set a telephone status conference for June 23, 2025. The Court directed the Clerk to send notice of the Text Order to Plaintiff at his last known address. The Court held the telephone status conference on June 23, 2025. Plaintiff did not appear.

The Court issued an order directing Plaintiff to show cause by July 7, 2025, why this case should not be dismissed for want of prosecution. The Court noted, "Failure to respond to this order will result in dismissal of the case." Plaintiff failed to respond.

**Accordingly, the Court recommends that Plaintiff's case be DISMISSED for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and

Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

    ENTERED this 11th day of August, 2025.

                                              s/ ERIC I. LONG
                                      UNITED STATES MAGISTRATE JUDGE