UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| AREIAL GOODEN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 24-CV-2285 |
| CATERPILLAR INC., | ) |
| Defendant. | ) |

## ORDER

On August 11, 2025, Magistrate Judge Eric I. Long entered a Report and Recommendation (#15), recommending this case be dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). More than two weeks have elapsed, and no objection has been filed. Upon review, the court agrees with accepts the Magistrate Judge's Report and Recommendation and hereby adopts the reasoning set forth therein.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#15) is accepted.

(2) The Complaint (#1) is DISMISSED with prejudice as a sanction against Plaintiff for their lack of prosecution.

(3) This matter is terminated.

ENTERED this 26th day of August, 2025.

s/Colin Stirling Bruce
COLIN S. BRUCE
U.S. DISTRICT JUDGE